IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RISOLETA M. KUBEK,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )     CIVIL ACTION NO.
                                )        2:04cv0029-T
TEACHERS RETIREMENT             )           (WO)
SYSTEM OF ALABAMA a/k/a         )
RETIREMENT SYSTEM OF            )
ALABAMA HOLDINGS LLC,           )
et al.,                         )
                                )
     Defendants.                )
```

**ORDER**

There being no just reason for delay, it is ORDERED that:

(1) Defendant Sun Life Assurance Company of Canada's motion to make order final (Doc. No. 58) is granted.

(2) The court's order of September 28, 2004 (Doc. No. 57), granting defendant Sun Life Assurance Company of Canada's motion to dismiss and alternative motion for summary judgment (Doc No. 17), is declared final.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 30th day of September, 2005.**

          <u>  /s/ Myron H. Thompson  </u>
          **UNITED STATES DISTRICT JUDGE**