IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RISOLETA M. KUBEK,         )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )       2:04cv29-MHT
                           )           (WO)
NORA KUBEK JONES,          )
et al.,                    )
                           )
    Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Universal Surety of America's motion for summary judgment (Doc. No. 138) is granted.

(2) Judgment is entered in favor of defendant Universal Surety of America and against plaintiff Risoleta M. Kubek, with plaintiff Kubek taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Kubek, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant Universal Surety of America's crossclaim against defendant Tina Carter is still pending.

DONE, this the 8th day of August, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**