```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RISOLETA M. KUBEK,         )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )       2:04cv29-MHT
                           )           (WO)
NORA KUBEK JONES,          )
et al.,                    )
                           )
    Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant John Hancock Life Insurance Company's motion for summary judgment (Doc. No. 155) is granted.

(2) Judgment is entered in favor of defendant John Hancock Life Insurance Company and against plaintiff Risoleta M. Kubek, with plaintiff Kubek taking nothing by her complaint.

(3) Defendant Verbie Curtis's motion for summary judgment (Doc. No. 152) is granted.

(4) Judgment is entered in favor of defendant Curtis and against plaintiff Kubek, with plaintiff Kubek taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Kubek, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendants John Hancock Life Insurance Company and Curtis are terminated as parties.

DONE, this the 21st day of September, 2011.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE