IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RISOLETA M. KUBEK, | ) |
|    Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 2:04cv29-MHT<br>) (WO) |
| NORA KUBEK JONES, | ) |
|    Defendant. | ) |

ORDER

On September 2, 2011 (doc. no. 166), this court ordered that plaintiff Risoleta M. Kubek show cause, if any there be, in writing by September 16, 2011, as to why summary judgment in favor of defendant Nora Kubek Jones is inappropriate.  Kubek has now supplemented the record and satisfied this court that summary judgment in favor of Jones is improper. Accordingly, it is ORDERED that summary judgment in favor of defendant Nora Kubek Jones is denied.

DONE, this the 30th day of September, 2011.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE