IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RISOLETA M. KUBEK, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:04cv29-MHT |
| ) | (WO) |
| NORA KUBEK JONES, ) | |
| ) | |
|    Defendant. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Risoleta M. Kubek and against defendant Nora Kubek Jones.

(2) Plaintiff Kubek shall have and recover from defendant Jones the sum of $ 287,207.99.

It is further ORDERED that costs are taxed against defendant Jones, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of September, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**